## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF THERATIVE, INC.

August 20, 2009

The undersigned, being all of the members of the Board of Directors of Therative, Inc., a Delaware corporation (the "Company"), adopt the following resolutions by unanimous written consent:

**WHEREAS,** it appears to the Board of Directors that the Company is in serious financial condition and is unable to continue operations and its assets should be liquidated; and

**WHEREAS,** it appears to the Board of Directors that it is in the best interests of the Company, its shareholders, creditors and other parties in interest to commence a case under Chapter 7 of Title 11, United States Bankruptcy Code (the "Bankruptcy Code");

**NOW, THEREFORE, BE IT HEREBY RESOLVED,** that this Board of Directors find and determine that it is in the best interests of the Company, its shareholders, creditors and other parties in interest for it to commence a case under Chapter 7 of the Bankruptcy Code;

**BE IT FURTHER RESOLVED,** that the officers and agents of the Company be, and each of them hereby is, empowered and directed without further action by this Board of Directors to prepare, sign and file, or cause to be prepared, signed and filed and prosecuted a petition for relief under Chapter 7 of the Bankruptcy Code and to retain the law firm of Murray & Murray, A Professional Corporation, to commence and prosecute the aforementioned Chapter 7 case, and to do all things, and to prepare, sign and file all papers or documents necessary or proper to the prosecution of said Chapter 7 case;

**BE IT FURTHER RESOLVED,** that Peter "Scotch" Scocimara is hereby designated and authorized to act as the "Responsible Person" for the Company as may be required by the Local Bankruptcy Rules for the Northern District of California; and

**BE IT FURTHER RESOLVED,** that Murray & Murray is authorized to take such actions in the bankruptcy case which Murray & Murray, in its discretion concludes are necessary to Murray & Murray's and/or the Company's fulfillment of its fiduciary obligations in the bankruptcy case.

This Unanimous Written Consent is effective as of the date first set forth above.

_____
Charles Moldow

_____
Mark Foley

_____
George Choi

_____
Sandra Lawrence

**BE IT FURTHER RESOLVED**, that Peter "Scotch" Scocimara is hereby designated and authorized to act as the "Responsible Person" for the Company as may be required by the Local Bankruptcy Rules for the Northern District of California; and

**BE IT FURTHER RESOLVED**, that Murray & Murray is authorized to take such actions in the bankruptcy case which Murray & Murray, in its discretion concludes are necessary to Murray & Murray's and/or the Company's fulfillment of its fiduciary obligations in the bankruptcy case.

This Unanimous Written Consent is effective as of the date first set forth above.

Charles Moldow

*[signature]*
Mark Foley

George Choi

Sandra Lawrence

**BE IT FURTHER RESOLVED,** that Peter "Scotch" Scocimara is hereby designated and authorized to act as the "Responsible Person" for the Company as may be required by the Local Bankruptcy Rules for the Northern District of California; and

**BE IT FURTHER RESOLVED,** that Murray & Murray is authorized to take such actions in the bankruptcy case which Murray & Murray, in its discretion concludes are necessary to Murray & Murray's and/or the Company's fulfillment of its fiduciary obligations in the bankruptcy case.

This Unanimous Written Consent is effective as of the date first set forth above.

_____
Charles Moldow

_____
Mark Foley

_____
George Choi

_____
Sandra Lawrence

**BE IT FURTHER RESOLVED,** that Peter "Scotch" Scocimara is hereby designated and authorized to act as the "Responsible Person" for the Company as may be required by the Local Bankruptcy Rules for the Northern District of California; and

**BE IT FURTHER RESOLVED,** that Murray & Murray is authorized to take such actions in the bankruptcy case which Murray & Murray, in its discretion concludes are necessary to Murray & Murray's and/or the Company's fulfillment of its fiduciary obligations in the bankruptcy case.

This Unanimous Written Consent is effective as of the date first set forth above.

_____
Charles Moldow

_____
Mark Foley

_____
George Choi

_____
Sandra Lawrence